JAMES COLLINGWOOD, COMMANDER OF THE SLOOP *Charming Betty* vs. SHIP *Oratava*, AND HER CARGO, 1740

Colony of Rhode Island etc. Curia Admiralatatis   At a Court of Vice Admiralty held at Newport in w$^{th}$in and for s$^d$ Colony the 4th day of July A:D. 1740.

George Simpson On Oath Declares as follows Viz$^t$

$Q^n$   Was you any officer on board the Ship Oratava, from Tenereef

$Answ^r$   no

$Q^n$   what was you on board the s$^d$ Ship Oratava

$Answ^r$   Assistant to John M$^{ac}$Carrick who was Supercargo of s$^d$ Ship

$Q^n$   when did you come on board s$^d$ Ship and where

$Answ^r$   I came on board at S$^t$ Santecruize sometime in April last

$Q^n$   Who are Owners of the s$^d$ Ship

$Answ^r$   David Lockhart of Tenereef, is Sole Owner and in Comp$^a$ w$^{th}$ Alex$^n$ Dundas of London w$^{th}$ the Cargo

$Q^n$   What does your Cargo consist of

$Answ^r$   Malursy and Vidonia Wines

$Q^n$   Have you no other Goods on Board

$Answ^r$   No

$Q^n$   Where did you take them Wines on board

$Answ^r$   at Santecruize upon the Island of Tenereef

$Q^n$   Are they the produce of that Island

$Answ^r$   Yes.

$Q^n$   Where was you dessyn'd with those Wines

$Answ^r$   directly for Rhode Island

$Q^n$   Who was you Consigned to

$Answ^r$   To M$^r$ M$^{ac}$Carrick the Supercargo

$Q^n$   What time did you fall in with the New England Shore

$Answ^r$   about the 20th June last

$Q^n$   What land did you make first

$Answ^r$   Cape Codd

$Q^n$   Where did you come to an Anchor

$Answ^r$   Off the Race Point first — and lay there two or three Tides — and then Weighed and went into Cape Codd Harbour

$Q^n$   how long did you stay there at Cape Codd Harbour

$Answ^r$   from Sunday to Wednesday

$Q^n$   What Goods did you put out there

$Answ^r$   none

$Q^n$   Where did you go from Cape Codd

$Answ^r$   Came round over the Shoals

$Q^n$   how long was it from Cape Codd till you came into Tarpaulin Cove

$Answ^r$   Two or three days

$Q^n$   did you put any person or Goods on Shoar at Cape Codd or elsewhere

$Answ^r$   Landed one M$^r$ Hubbard in Cape Codd Harbour

$Q^n$   Was you on board when M$^r$ Hubbard went away

*Answr*  Yes I was on board when s^d Hubbard went away, and that there was no Goods sent away while I was on board

*Q^n*  how long did you tarry at Tarpaulin Cove

*Answr*  One Tide and then Weighed

*Q^n*  whereabouts did you first se the Cruizers that brought you in

*Answr*  I doe not know the Name of the Island

*Q^n*  how came you to Fire upon the Cruizers Boat when she was coming on Board

*Answr*  We took her for a Spanish Boat

*Q^n*  Did you se Colours flying

*Answr*  Yes, but did not distinguish what Colours they were

*Q^n*  What reason had you to think there was a Spaniard on this Coast so near

*Answr*  The Cap^t went on Shoar at Honne's Hole to buy provissions, and was told, there was a Spaniard upon the Coast

*Q^n*  where had you the first intelligence of two privateers being out from here

*Answr*  at Home's Hole

*Q^n*  by whom had you the intelligence

*Answr*  The Cap^t had it on Shoar at Home's Hole

*Q^n*  how came you to leave your Ship, with your boat Arm'd to go on Shoar

*Answr*  We thought they were Spaniards

*Q^n*  did you really think they were Spaniards

*Answr*  Yes.

*Q^n*  did not some of you present Arms against the boats Crew when they came on Shore

*Answr*  not to My knowledge

*Q^n*  did you come directly away with out any Parly when you se they were Englishmen

*Answr*  Yes

*Q^n*  As you are to Assist M^r M^acCarrick was there any, Bills of Lading

*Answr*  I never se any

*Q^n*  Is there any more Registers then One belonging to s^d Ship

*Answr*  not to My knowledge

*Q^n*  Do you know of any other papers belonging to s^d Ship then what is now in Court

*Answr*  I do not know of any other papers relating to the Ship or Cargo

*Q^n*  Where was you intended w^th this Ship after your Arrival at Newport

*Answr*  we were bound as our Instruction directed

George Simpson

Robert Williamson On Oath Declares as follows Viz^t

*Q^n*  where was you Shipt Commander of the s^d Ship Oratava

*Answr* in Boston
*Qn* by whom
*Answr* by James Bowdoin
*Qn* where was you to proceed
*Answr* to Tenereef
*Qn* when was you Shipt
*Answr* in July 1739
*Qn* where did you proceed from Tenereef
*Answr* Took in a Cargo of Wines at Tenereef and proceeded to Philad$^a$
*Qn* what time did you Sail from Tenereef
*Answr* Ab$^t$ the latter end of September last
*Qn* when did you Arrive in Philad$^a$
*Answr* about the last of October
*Qn* how long did you stay there
*Answr* left the Capes of Delaware the 10th of Dec$^r$
*Qn* Where did you go from there
*Answr* I Arrived in forty two days after, at Tenereef
*Qn* to Whom did your Vessel and Cargo belong to at that time
*Answr* Wholly to David Lockhart to the best of my knowledge
*Qn* how long did you stay in Tenereef
*Answr* about Ten Weeks
*Qn* what did you take on board there
*Answr* Wines, of the produce of that Island
*Qn* by whom were them Wines Shipt
*Answr* by M$^r$ David Lockhart
*Qn* Were they his own Wines
*Answr* They were all Shipt by M$^r$ Lockhart on his own proper Acco$^t$
and Risque to the best of my knowledge
*Qn* how many Pipes of Wine did you take on board in all
*Answr* about Two hundred and forty
*Qn* Did you sign Bills of Lading for Two Hundred and forty
*Answr* Yes
*Qn* Who was your Bills of Lading given to
*Answr* to M$^r$ John M$^{ac}$ Carrick
*Qn* Whose risque was the Cargo upon by the Bills of Lading
*Answr* Upon the risque of David Lockhart
*Qn* What time did you Sail from Tenereef
*Answr* About the 26th day of April last
*Qn* Where was you to proceed from thence
*Answr* to Rhode Island
*Qn* had you any other Clearance then what is produced here
*Answr* no not any
*Qn* when did you make the New England Shore

*Answr* about the 23$^d$ of June last

*Q$^n$* what Land did you make first .

*Answr* Cape Codd

*Q$^n$* where did you first Anchor

*Answr* Off the Cape

*Q$^n$* how long did you stay there before you first went into a Harbour

*Answr* Two Tides, and then went into Cape Cod Harbour

*Q$^n$* how long was you in Cape Cod Harbour

*Answr* went in on Sunday and came out on Wednesday

*Q$^n$* did you land any Goods or people there

*Answr* One passenger

*Q$^n$* what was his Name

*Answr* Michael Hubbard Inhabitant of Tenereef

*Q$^n$* What Goods did you put out when you was at Cape Codd Harbour

*Answr* none to my knowledge

*Q$^n$* did you put out any Goods since you come to the New England shore

*Answr* not any to my knowledge or by my Order

*Q$^n$* where did you proceed from Cape Codd

*Answr* directly for Rhode Island where I was bound to

*Q$^n$* where did you Anchor when you saw the Privateer .

*Answr* off from Slocumss Island

*Q$^n$* how come you to Fire upon the Privateers Boat

*Answr* I took her to be a Spanish Lanch or Canoe

*Q$^n$* did you not se English Colours on board the Privateer when they Fired at you

*Answr* no — but se Colours but could not distinguish what they were

*Q$^n$* had you not an Account of Two Privateers being out of Newport

*Answr* yes at Home's Hole — we heard of two privateers being out of Rhode Island in search of a Spanish privateer

*Q$^n$* by whom. had you that Intelligence

*Answr* by one of the pilots at Homes Hole

*Q$^n$* had you not some Account sent you from this place or Boston of privateers being out in search of you

*Answr* no

*Q$^n$* by what privateer was you taken

*Answr* Cap$^t$ Collingwood took possession of s$^d$ Ship

*Q$^n$* doo you know of any other Papers relating to s$^d$ Ship and Cargo then what are now in Court

*Answr* I know of no other, save the Bills of Lading

*Q$^n$* who was them Bills of Lading delivered to when you signed them

*Answr* I delivered them to M$^r$ David Lockhart, who I believe delivered them to M$^r$ M$^c$ Carrick

$Q^n$ what was the reason the Ship is called in the Register by the Name of the Oratava and in the Journal's kept for this Voyage the Fortune

*Answr* because the Ship was formerly known here and they did not care she should be exposed

$Q^n$ what was the reason that they was afraid the Ship shou'd be exposed

*Answr* because of the difficult times, and did not know whether the Ship might be admitted to an entry.

$Q^n$ what port was you designed for from Rhode Island

*Answr* I can't tell, I was to follow M$^r$ M$^c$ Carricks Instructions

$Q^n$ Where is your Orders

*Answr* I left them in my Chest on board

$Q^n$ how long was you under Seizure at Tenereef

*Answr* Not at all

$Q^n$ whether M$^r$ David Lockhart is an Inhabitant at Tenereef etc. Marryed there

*Answr* Yes.

$Q^n$ how cou'd you pretend to enter that Ship here by the Name of the Fortune, when She is not Nominated so in the Register

*Answr* Could not I enter my Vessel by any other Name

$Q^n$ Why was it that the two Journals say you came from Madera, when in fact you came from Tenereef

*Answr* It was with a design to prevent the Wine being Seized and to come to a better Market

Robert Williamson

James Adamson Mate of the s$^d$ Ship Oratava on Oath Declares as follows Viz$^t$

$Q^n$ When and where was you Shipt on board of s$^d$ Ship

*Answr* Shipt in May 1739, at Boston

$Q^n$ by whom was you Shipt

*Answr* Robert Williamson to proceed for Tenereef and from thence to Boston or Philadelphia w$^{th}$ Voyage to Philad$^a$ we proceeded w$^{th}$ a Cargo of Wines

$Q^n$ what time was you in Philadelphia

*Answr* We left Philad$^a$ the beginning of December with a Cargo of provisions chiefly and a few Staves.

$Q^n$ where did you go from thence

*Answr* The Cap$^t$ told us we were bound for Madera but went to Tenereef in the Canaries and there unloaded our Cargo

$Q^n$ who was your Owner

*Answr* I understood M$^r$ David Lockhart of Tenereef

$Q^n$ how long did you stay at Tenereef

*Answr* about Ten Weeks

$Q^n$  what did you Load with there

*Answr*  with Wines which I believe to be the growth of that Island

$Q^n$  where was you to proceed with these Wines

*Answr*  For Rhode Island

$Q^n$  where did you fall in with the Land of New England

*Answr*  Off Cape Codd

$Q^n$  what Harbour was the first you went into

*Answr*  Cape Codd

$Q^n$  how long did you stay there

*Answr*  Two days.

$Q^n$  What Goods and people did you put on Shoar there

*Answr*  One passenger Named Hubbard and also Two Hogsheads of Wine w$^{ch}$ was put on board of a Sloop for Boston

$Q^n$  by whose Orders

*Answr*  by M$^r$ M$^c$ Carricks, who was then On board

$Q^n$  what other Goods did you Land since you made the Coast of New England

*Answr*  none

$Q^n$  where was you Shipt to from Rhode Island

*Answr*  I was to be discharged here, as likewise was all the rest of the people

$Q^n$  what is the reason for your calling the Ships Name Fortune Galley, George Simpson Master from Madera to Rhode Island in your Journal, when She is called the Oratava and Robert Williamson Master from Tenereef in Several other Papers.

*Answr*  I was Ordered to do so by Cap$^t$ Robert Williamson who with Cap$^t$ Hubbard made up the difference of Latitude and Longitude betwixt Madera and the Latitude we were then in, which was then about 20 Leagues S$^{th}$ South West from Tenereef and Ordered me to Continue my Journal as from Madera

$Q^n$  do you know the reason why they Ordered you to alter your Journal and the Ship and Cap$^{ts}$ Name

*Answr*  I know nothing of their design for it

$Q^n$  was the Ship under any Seizure or difficulty that you cou'd discover by the Government or any other persons there at Tenereef

*Answr*  no

$Q^n$  had you any force or Arms sent on board of you to protect you from a Spanish Privateer that lay there

*Answr*  Yes. there was Nine or Ten Carriage Guns and some Men sent on board from the Shore for to defend us against s$^d$ Privateer

$Q^n$  who were they sent by

*Answr*  I suppose by the Merchant

$Q^n$  what Countrymen did they appear to be

*Answr* I took them to be Bayucainers

*Qn* how far did they go with you

*Answr* about Twenty Leagues

*Qn* how did they leave you

*Answr* A Brigantine came out with us under Portegues Colours and carryed them back.

James Adamson

George Ropes on Oath saith as follows Viz<sup>t</sup>

*Qn* Where was you Shipt on board the Ship Oratava

*Answr* at Tenereef the 20th day of April last

*Qn* by whom

*Answr* by Cap<sup>t</sup> Robert Williamson

*Qn* how long was you on board before the Ship's Sail'd

*Answr* ab<sup>t</sup> Nine or Ten days

*Qn* Was the s<sup>d</sup> Ship Loaded when you went on board of her

*Answr* She was almost Loaded

*Qn* Where was you Shipt for

*Answr* for some part of New England

*Qn* was there any Seizure upon Ship or Goods or any Stoppage

*Answr* None as I know of

*Qn* had not you some Men and Guns put on board of you

*Answr* Yes, Nine Carriage Guns and about 20 Men Spanish and Irish

*Qn* by whose Order were they put on board

*Answr* As I understood they were put on board by the Merchants Order with the Governours leave

*Qn* for what reason were they put on board

*Answr* to guard us against a Spanish Privateer that lay off

*Qn* How far did they go off with you

*Answr* About 30 or 40 Leagues

*Qn* What became of the Men and Guns

*Answr* A Brigantine under Portugues Colours went with us and took them on board

*Qn* what part of New England did you fall in with first

*Answr* Cape Codd

*Qn* where did you Anchor

*Answr* in Cape Codd Harbour

*Qn* how long did you stay in Cape Codd Harb<sup>r</sup>

*Answr* About two days

*Qn* did you Land any people on Shore there

*Answr* Yes, One Man Named Hubbard

*Qn* what was he

*Answr* An Irish Cap^t an Inhabitant of Tenereef that came to look after a Ship

*Q^n* What Goods did you unload there

*Answr* Only Two Hogsheads of Wine and One Cask of Fruit

*Q^n* did you put out any other Goods since you have been upon the Coast

*Answr* None other to my knowledge

*Q^n* where was you to proceed from Rhode Island

*Answr* we were to be discharged here

*Q^n* did you touch at Madera

*Answr* No, but came directly from Tenereef here

George Repes

Thomas Potts likewise swore to the Truth of the above evidence.

Thomas Potts

Cap^t James Collingwood Commander of the Privateer Charming Betty On Oath Declares as follows Viz^t

*Q^n* When did you Sail out of this Port

*Answr* On Monday, June the 30th about Nine of the Clock P.M

*Q^n* had you Intelligence of any foreigne Vessel upon the Coast before you went out

*Answr* Yes — I had Intelligence of a Ship from the Canary Islands Loaded w^th Wines

*Q^n* Where did you hear that she was

*Answr* In or near the Vineyard Sounds

*Q^n* When did you come up with her

*Answr* About 10 aClock A: M the 1st July

*Q^n* Did you put Men on board of her as soon as you came up w^th her

*Answr* I sent my Lieu^t Mast^r Carp^r and 12 More of my hands

*Q^n* Which of your officers searched for the papers on Board

*Answr* My Lieu^t

*Q^n* Are these all the papers now produced in Court relating to the s^d Ship and Cargo that came to your hands without any fraud Addition Subduction or Embezelment

*Answr* they are all

*Q^n* had she any Colours on Board besides English, when you boarded her

*Answr* Not that I know of then, but afterwards one of my people Inform'd me that she had other Colours on board of her

*Q^n* Did you not enquire for Bills of Lading.

*Answr* I did of the Master, and he told me that he left them on board in his Chests or were left, if not there

*Q<sup>n</sup>* You have not suffered any of your people to break bulk

*Answ<sup>r</sup>* I did not, but gave strict Orders to the Contrary

James Collingwood

· John Robinson Lieu<sup>t</sup> of the s<sup>d</sup> privateer Charming Betty
James Collingwood Commander On Oath Declares as follows Viz<sup>t</sup>

*Q<sup>n</sup>* When did you come up with the Ship Oratava now brought in

*Answ<sup>r</sup>* I attempted to go on board of her in a Canoe, with five hands between Eight and Nine of the Clock on Tuesday Morning the 1st July, but they fired several Shots and We retired to the Sloop which was about a Mile and a half distant from said Ship and then went on board of the privateer Which was Rowing at the same time to come up with said Ship — And upon our coming on board, about a Quarter of an Hour after we fired a Shot from the Privateer, and continued Rowing untill we came near her, And then I was sent on board with three hands, and found no body on board, the people being gone with their boat on Shore

*Q<sup>n</sup>* Did you Search the Ship for papers when you first Entered on board

*Answ<sup>r</sup>* Cap<sup>t</sup> Collingwood called to me and Ordered me to search and Secure all papers that I could find on board, Which I Accordingly did and bound them up in a Pillow Case and handed them into our Canoe in Sight of Cap<sup>t</sup> Collingwood and the rest of our officers who were nigh s<sup>d</sup> Ship

*Q<sup>n</sup>* Do you know, the particular papers you sent on board

· *Answ<sup>r</sup>* No. but as I am on Oath I put every paper that I could find in to the s<sup>d</sup> Pillow Case as they came to hand, Without any fraud addition Subduction or Embezelment and sent them immediately on board afores<sup>d</sup>

*Q<sup>n</sup>* Did you, while on board s<sup>d</sup> Ship suffer Bulk to be broken or any Embezelment of any thing belonging to s<sup>d</sup> Ship

*Answ<sup>r</sup>* No to the Contrary I sent on board of the privateer for our Own provisions and Liquor and other Necessarys we wanted.

John Robinson

John Gale Master of the Sloop Charming Betty James Collingwood Commander On Oath Declares Viz<sup>t</sup> That he was on board of s<sup>d</sup> privateer, and upon Deck, on the 1st day of July About Nine or ten a Clock A: M. When they came alongside of the Ship Oratava at a little distance, where I se the afores<sup>d</sup> John Robinson hand a Bag or Pillow Case with papers over the Ships side into s<sup>d</sup> Canoe the which Canoe started off from s<sup>d</sup> Ship along side of the privateer and handed the s<sup>d</sup> Bag or pillow Case up to Cap<sup>t</sup> Collingwood in my presence. Upon which Cap<sup>t</sup> Collingwood opened s<sup>d</sup> papers in presence of me, James Clark, the Cap<sup>ts</sup> Quarter Master and several of the Company on board.

*Q<sup>n</sup>* What did he do with them afterwards

*Answr* I left them in Custody with the Cap^t for I was Ordered on board of the Ship to bring her in to Rhode Island.

*Q^n* Did you find or know of any papers kept on board of s^d Ship besides what was sent on board in the pillow Case or Bag

*Answr* No.

John Gale

James Clarke Cap^ts Quarter Master On board of the Sloop Charming Betty, James Collingwood Commander on Oath Declares as follows Viz^t

*Q^n* Did you go out with Cap^t Collingwood in s^d Sloop in his last Cruize

*Answr* Yes

*Q^n* When did you Sail

*Answr* The 30th of June last, ab^t 9 a Clock P: M

*Q^n* When did you come up with the Ship that is now brought in

*Answr* On Tuesday the 1st July at 10 a Clock A. M

*Q^n* Are you knowing to what papers was found on board s^d Ship

*Answr* I know thus far that I saw John Robinson our Lieu^t hand a Bag or pillow Case with Papers over the Ship Oraravo's Side into our Canoe the which Canoe sheared off onboard of in the privateer, and there I saw said Bag or pillow Case handed up to Cap^t Collingwood, upon w^ch Cap^t Collingwood turn'd said papers upon the Table and Examined some of them and then Cap^t Collingwood and I tyed them up in parcells and put them into the pillow Case safe and bound them up

*Q^n* Do you know of any other papers Relating to that Ship or Cargo than what was delivered to Cap^t Collingwood Without any fraud addition Subduction or Embezelment

*Answr* No — not any

James Clarke

All the before Named persons Personally appeared in Court before me and made Oath to the truth of the beforewritten Evidence by each of them Signed

Present Jos. Fox Reg^r                    Geo: Dunbar, D J. Admty

[Admiralty Papers, I, 7]